IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY DOUGLAS BISHOP,**                                                                                    **PLAINTIFF**
**#211457**

v.                                    CASE NO: 4:21CV00092-JM-JTK

**JESTINY GIBSON,** *et al.*                                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 29th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE